Nathan R. Ring
Nevada State Bar No. 12078
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: Nathan@RRVlawyers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTHERN NEVADA ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; ELECTRICAL WORKERS DEFINED CONTRIBUTION PENSION PLAN FOR NORTHERN NEVADA; NORTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE TRUST FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOCAL LABOR-MANAGEMENT COOPERATION FUND; NATIONAL LABOR-MANAGEMENT COOPERATION FUND, ADMINISTRATIVE MAINTENANCE FUND; and the NATIONAL ELECTRICAL BENEFIT FUND,<br><br>        Plaintiff(s),<br><br>   v.<br><br>EVO ELECTRIC LLC; DAVID MANSFIELD, RICHARD SAMUEL BACARELLA; JOSEPH KRUSE; PHILLIP DANIEL PRUZENSKY; OHIO CASUALTY INSURANCE COMPANY DBA LIBERTY MUTUAL INSURANCE COMPANY; DOES 1-10, inclusive; ROE ENTITIES I-X, inclusive,<br><br>        Defendant(s). | Case No.: 3:24-cv-00125-MMD-CSD<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT OHIO CASUALTY INSURANCE COMPANY, ERRONEOUSLY SUED AS OHIO CASUALTY INSURANCE COMPANY D/B/A LIBERTY MUTUAL INSURANCE COMPANY WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

The Plaintiffs, Northern Nevada Electrical Workers Health & Welfare Trust Fund, et al. ("Plaintiffs"), by and through their counsel of record, and Defendant, Ohio Casualty Insurance Company, erroneously sued as Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance Company ("Defendant"), by and through its counsel of record, hereby stipulate and agree as follows:

1. This case was filed on March 15, 2024.

2. The parties engaged in good faith negotiations and have reached a settlement, which resolved all of the Plaintiffs' claims and defenses made in this case as between Plaintiffs and only this Defendant.

3. This case shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure against only OHIO CASUALTY INSURANCE COMPANY, ERRONEOUSLY SUED AS OHIO CASUALTY INSURANCE COMPANY D/B/A LIBERTY MUTUAL INSURANCE COMPANY

4. As against each other only, Plaintiffs and this Defendant are to bear their own respective attorneys' fees and costs in this case.

Dated:   July 16, 2024

/s/ *Nathan Ring*
Nathan R. Ring
Nevada State Bar No. 12078
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: Nathan@RRVlawyers.com
*Attorney for Plaintiffs*

Dated:   July 16, 2024

/s/ *David R. Johnson*
David R. Johnson
Nevada State Bar No. 6696
LANAK & HANNA, P.C.
8375 W. Flamingo Road, Suite 102
Las Vegas, NV 89147
Telephone: (702) 727-3565
Email: drjohnson@lanak-hanna.com
*Attorney for Defendant* Ohio Casualty Insurance Company, erroneously sued as Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance Company

**ORDER**

Based upon the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Defendant, Ohio Casualty Insurance Company, erroneously sued as Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance Company, is dismissed with prejudice from this action.

3. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Ohio Casualty Insurance Company, erroneously sued as Ohio Casualty Insurance Company d/b/a Liberty Mutual Insurance Company, each will bear their own respective attorneys' fees and costs.

4. All other Defendants remain in this action.

Dated: July 17, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby affirms that on the 16th day of July, 2024, she served a true and correct copy of the above and foregoing, **JOINT STIPULATION FOR DISMISSAL OF DEFENDANT OHIO CASUALTY INSURANCE COMPANY, ERRONEOUSLY SUED AS OHIO CASUALTY INSURANCE COMPANY D/B/A LIBERTY MUTUAL INSURANCE COMPANY WITH PREJUDICE PURSUANT TO FRCP 41(A)**, on all parties of record via the Court's CM/ECF Filing and Service System.

/s/ *Suzanne Levenson*
An employee of REESE RING VELTO, PLLC