Nathan R. Ring, Esq.
Nevada State Bar No. 12078
Devon Reese, Esq.
Nevada State Bar No. 7496
Reese Ring Velto, PLLC
200 S. Virginia St., Ste. 655
Reno, Nevada 89501
Tel.   725-235-9750
Nathan@RRVLawyers.com
Devon@RRVLawyers.com
*Counsel for Plaintiffs/ Counter-Defendants*
*Northern Nevada Electrical Workers Health & Welfare Trust Fund, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORTHERN NEVADA ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; ELECTRICAL WORKERS DEFINED CONTRIBUTION PENSION PLAN FOR NORTHERN NEVADA; NORTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE TRUST FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOCAL LABOR-MANAGEMENT COOPERATION FUND; NATIONAL LABOR-MANAGEMENT COOPERATION FUND, ADMINISTRATIVE MAINTENANCE FUND; and the NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br>v.<br><br>EVO ELECTRIC LLC; DAVID MANSFIELD, RICHARD SAMUEL BACARELLA; JOSEPH KRUSE; PHILLIP DANIEL PRUZENSKY; OHIO CASUALTY INSURANCE COMPANY DBA LIBERTY MUTUAL INSURANCE COMPANY DOES 1-10, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO: 3:24-cv-00125-MMD-CSD<br><br>ORDER GRANTING<br><br>**JOINT STIPULATION FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFFS AND DEFENDANTS BACARELLA AND PRUZENSKY** |

Plaintiffs, NORTHERN NEVADA ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; ELECTRICAL WORKERS DEFINED CONTRIBUTION PENSION PLAN FOR NORTHERN NEVADA; NORTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE TRUST FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOCAL LABOR-MANAGEMENT COOPERATION FUND; NATIONAL LABOR-MANAGEMENT COOPERATION FUND, ADMINISTRATIVE MAINTENANCE FUND; and the NATIONAL ELECTRICAL BENEFIT FUND ("**Plaintiffs**"), and Defendants RICHARD SAMUEL BACARELLA; JOSEPH KRUSE; PHILLIP DANIEL PRUZENSKY ("**Defendants**" and together with Plaintiffs, the "**Parties**"), by and through their undersigned counsel, hereby stipulate to an entry of Dismissal With Prejudice of all of the Plaintiffs causes of action against Defendants Bacarella and Pruzensky and Defendants Bacarella and Puzensky's counterclaims against Plaintiffs in this action.

Left unaffected by this stipulation are the Plaintiffs' claims and causes of action remaining against currently defaulted defendants DAVID MANSFIELD and JOSEPH KRUSE and Defendants' Bacarella and Pruzensky's crossclaims against EVO ELECTRIC LLC and DAVID MANSFIELD. Those claims remain live in this action.

///

///

///

///

///

///

The Parties further stipulate that they will each bear their respective costs and attorney's fees.

IT IS SO STIPULATED.

DATED March 5, 2025

LAW OFFICE OF HEATHR A. IJAMES

*/s/ Heather Ijames, Esq.*
HEATHER IJAMES
Nevada State Bar No. 13698
63 Keystone Ave., Ste. 101
Reno, NV 89503
Tel: 702.870.9199
*Attorneys for Defendants Richard Samuel Bacarella and Philip Daniel Pruzensky*

DATED March 5, 2025

REESE RING VELTO, PLLC

*/s/ Nathan R. Ring, Esq.*
Nathan R. Ring
Nevada State Bar No. 12078
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750

*Attorney for Plaintiffs*

IT IS SO ORDERED.

DATED this 5th day of March 2025.

By: _____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2025, I electronically filed the above and foregoing:

**JOINT STIPULATION FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFFS AND DEFENDANTS BACARELLA AND PRUZENSKY**

with the Clerk of the Court using the CM/ECF e-filing system, which provided notice of filing to all registered participants and parties in this case.

Dated this 5th day of March, 2025

*/s/ Michelle Wade*
An Employee of Reese Ring Velto, PLLC